# The United States District Court
# For The Northern District Of Georgia
# Atlanta Division

Damir Durmic )
Alen Durmic, )
  )
    Plaintiff, )
  )
  ) CIVIL FILE ACTION
V. )
  ) No. 1-18-CV-5892-JPB
State Farm Mutual )
Automobile Insurance Company, )
  )
    Defendant. )

## Discovery Process

### Certificate of service of the following Documents

In accordance with Federal Rules of Civil Procedure, and local rules Plaintiff certified they have this date May 4, 2020, served true and correct copies of the following:

(1)     **Plaintiff's Responses to Defendant's Objections and Responses to the Plaintiff's First Interrogatories.**

(2)     **Plaintiff's Objection to the Defendant's Responses to Plaintiff's First Request for Admissions.**

(3)     **Plaintiff's Request to the Defendant to Cooperate with Discovery.**

1

upon all parties to this matter, by the U.S. Mail addressed as follows, with adequate postage thereon to assure delivery:

        Swift, Currie, McGhee & Hiers, LLP
        The Peachtree, Suite 300
        1355 Peachtree Street, N.E.
        Atlanta, GA 30309-3231
        404.874.8800
        404.888.6199 [facsimile]
        brad.wolff@swiftcurrie.com

Respectfully submitted this 4th day of May, 2020.

        By: Damir Durmic & Alen Durmic
        Pro-se litigants

810 McDonald Circle
Commerce Ga, 30529
404-452-3387
damirdurmic7@gmail.com

*/s/ Damir Durmic*
*/s/ Alen Durmic*

From: Sajmir Sajmic
810 McDonald Circle
Commerce GA 30529

7019 0700 0001 9043 7853

**CERTIFIED MAIL**

7019 0700 0001 9043 7853

U.S. POSTAGE PAID
FCM LETTER
ATHENS, GA
30601
MAY 05, 20
AMOUNT
$4.10
R2304M115390-17

CLEARED
MAY -8 2020
U.S. Marshals
Atlanta, GA

To: Office of The Clerk,
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA GA 30303-3361

ReadyPost
Document Mailer